No. 03–6887. VERISSIMO v. IMMIGRATION AND NATURALIZA-
TION SERVICE. C. A. 1st Cir. Certiorari denied.

No. 03–6888. MARIN-MARTINEZ v. UNITED STATES;
No. 03–6902. CUERO v. UNITED STATES;
No. 03–6905. ZUNIGA SANTANA v. UNITED STATES; and
No. 03–7091. VALENCIA MICHILENO v. UNITED STATES. C. A.
11th Cir. Certiorari denied. Reported below: 77 Fed. Appx. 504.

No. 03–6889. MADDELA v. IMMIGRATION AND NATURALIZATION
SERVICE. C. A. 9th Cir. Certiorari denied.

No. 03–6915. MEDINA v. CALIFORNIA. Ct. App. Cal., 4th App.
Dist. Certiorari denied.

No. 03–6932. EL v. VIRGINIA DEPARTMENT OF SOCIAL SERV-
ICES, DIVISION OF CHILD SUPPORT ENFORCEMENT. Sup. Ct. Va.
Certiorari denied.

No. 03–6942. SNOW v. CALIFORNIA. Sup. Ct. Cal. Certio-
rari denied.

No. 03–6954. HENSLEY v. BARNHART, COMMISSIONER OF SO-
CIAL SECURITY. C. A. 6th Cir. Certiorari denied.

No. 03–6956. GREGORY v. PENNSYLVANIA. Sup. Ct. Pa. Cer-
tiorari denied.

No. 03–6966. BURNS v. PHILLIPS, SUPERINTENDENT, GREEN
HAVEN CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari
denied.

No. 03–6970. GONZALEZ v. VARNER, SUPERINTENDENT, STATE
CORRECTIONAL INSTITUTION AT SMITHFIELD, ET AL. C. A. 3d
Cir. Certiorari denied.

No. 03–6980. GONZALEZ v. UNITED STATES. C. A. 5th Cir.
Certiorari denied.

No. 03–6990. KLEMP v. PRUNTY, WARDEN, ET AL. C. A. 9th
Cir. Certiorari denied.

No. 03–6991. LAMAR v. GRAVES, WARDEN. C. A. 8th Cir.
Certiorari denied.